A. R. Price and S. Price, appellees, v. South Shore State Bank, appellee, on appeal of Ninian H. Welch and Sol A. Hoffman, appellants. Gen. No. 35,139.

Heard in the third division of this court for the first district at the April term, 1931. Opinion filed March 16, 1932.

Ninian H. Welch and Sol A. Hoffman, *pro se.* William Feldman, for appellees.

Mr. Justice Friend delivered the opinion of the court.